902 F.2d 32
 Unpublished Disposition
NOTICE: Sixth Circuit Rule 24(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Sixth Circuit.
Edward Nathaniel CARLTON, Plaintiff-Appellant,
v.
Ralph PAGE, Sgt.; Ozell Nelson; Vanessa Lowder, also known
as Louder; John Doe, Defendants-Appellees.
 No. 90-1321.
 United States Court of Appeals, Sixth Circuit.
 May 8, 1990.
 
 Before RALPH B. GUY, Jr. and RYAN, Circuit Judges, and ENGEL, Senior Circuit Judge.
 
 ORDER
 
 1
 This appeal has been referred to a panel of the court pursuant to Rule 9(a), Rules of the Sixth Circuit.
 
 
 2
 A review of the record indicates that the district court filed on February 28, 1990, an order dismissing the complaint as to defendants Page and Louder. The action remains pending as to defendant Nelson. The plaintiff appealed from the February 28, 1990, order.
 
 
 3
 Absent Fed.R.Civ.P. 54(b) certification, an order disposing of fewer than all the claims or parties involved in the action is not appealable. Liberty Mut. Ins. Co. v. Wetzel, 424 U.S. 737, 742-45 (1976); Solomon v. Aetna Life Ins. Co., 782 F.2d 58, 59-60 (6th Cir.1986). No Rule 54(b) certification was made in the instant case. The final decision of the district court has not been entered during the pendency of this appeal; therefore, this court lacks jurisdiction. See Gillis v. Department of HHS, 759 F.2d 565, 569 (6th Cir.1985).
 
 
 4
 It is ORDERED that the appeal be, and hereby is, dismissed for lack of jurisdiction. Rule 9(b)(1), Rules of the Sixth Circuit.